**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ACCESS FOR THE DISABLED, INC.
and DENISE PAYNE,

    Plaintiffs,

v.                                      Case No: 8:13-cv-287-T-30AEP

TRI-KING INC.,

    Defendant.

## FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE comes before the Court upon the Court on the Stipulation for Approval and Entry of Consent Decree and Dismissal of Case With Prejudice (Dkt. #16), and the Court having reviewed the pleadings and papers filed in this cause, the Stipulation for Approval and Entry of Consent Decree, and being otherwise fully advised in the premises, it is hereby

    ORDERED AND ADJUDGED that:

    1.    The Consent Decree, in form annexed hereto, is APPROVED AND ENTERED with the Court retaining jurisdiction for a period of eighteen (18) months over this matter for the purpose of enforcement of the Consent Decree.

  2. This case is DISMISSED with prejudice.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of June, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

Attachment:
Consent Decree

S:\Odd\2013\13-cv-287 Consent Decree Approval.docx